THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* C. B. CALDWELL, Defendant-Appellant.

(No. 57281;

First District (5th Division)—June 22, 1973.

PER CURIAM.

ENGLISH, J., took no part.

Zane M. Cohn, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.